## **CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE**

UNITED STATES OF AMERICA

v.                                                                                                          Case No: 09-20041-02-KHV-DJW

ANGELA B. JONES

**AUSA:** Trent M. Krug
**Counsel for Defendant:** Tim H. Burdick

| | | | |
|---|---|---|---|
| **JUDGE:** | David J. Waxse | **DATE:** | April 6, 2009 |
| **DEPUTY CLERK:** | Lori Lopez | **TIME:** | 11:04 AM |
| **INTERPRETER:** | None | **PRETRIAL/PROBATION:** | Sara Valdez |

Length of Hearing:   0   Hr(s)   25   Min(s)                                                            Location:  Kansas City, Kansas
Hearing Concluded:      (x) Yes ( ) No

## **PROCEEDINGS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | (x) | Arraignment |
| (x) | Detention Hearing | (x) | Held | ( ) | Waived | ( ) | |
| (x) | Discovery Conference | (x) | Held | ( ) | Waived | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Interpreter | | ( ) | Sworn | ( ) | Previously sworn |
| ( ) | Charges and penalties explained to defendant | | | | | |
| ( ) | Defendant sworn and examined re: financial ability to retain counsel | | | | | |
| ( ) | Counsel appointed | | ( ) | At defendant's expense | | |
| ( ) | Constitutional rights explained | | ( ) | Felony | ( ) | Misdemeanor |
| ( ) | Defendant declined to waive indictment | | ( ) | Will be presented by next Grand Jury | | |
| ( ) | Signed Waiver of Indictment | | | | | |
| ( ) | Advised of rights under Rule 20 | | | | | |
| ( ) | Signed Consent to Transfer (Rule 20) | | | | | |
| ( ) | Petition to Enter Plea Filed | | ( ) | Plea Agreement Attached | | |
| ( ) | Transferred to: | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (x) | **ARRAIGNMENT AND PLEA:** | | | | | (x) | No. of Counts: 3 |
| | (x) | Waived Reading of | (x) | Indictment | ( ) | Information | ( ) Read to Defendant |
| | ( ) | Previous Plea | ( ) | Guilty | ( ) | Not Guilty | Counts: |
| | ( ) | Guilty | | | | | Counts: |
| | (x) | Not Guilty | | | | | Counts: #1, #2 and #3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Bail denied | (x) | Bail fixed at | | ( ) | Bail remain at |
| (x) | $25,000.00 | (x) | Unsecured | | ( ) | Secured |
| (x) | Release Order | (x) | Executed | | ( ) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | | |
| ( ) | Detention Ordered | | | | | |

Motions to be filed by:           April 27, 2009
Response(s) to be filed by:     May 4, 2009
Motions to be heard:              May 12, 2009 at 1:30 p.m. before Judge Vratil
Deft's next appearance:         May 12, 2009 at 1:30 p.m. before Judge Vratil

**Miscellaneous:** Oral motion of U.S. for pretrial detention of defendant - denied.  See Order Setting Conditions of Release for special conditions of release.